ORIGINAL

DEBRA S. BELAGA (S.B. #83237) -- dbelaga@omm.com
RANDALL W. EDWARDS (S.B. #179053) -- redwards@omm.com
ROBIN M. WALL (S.B. #235690) — rwall@omm.com
FLORA VIGO (S.B. #239643) -- fvigo@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
LENNAR-BVHP, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LENNAR-BVHP, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CH2M HILL, INC., a Florida corporation, and CH2M HILL COMPANIES, LTD., an Oregon corporation,<br><br>    Defendants. | Case No. CV-08-3058 BZ<br><br>**LENNAR-BVHP, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE AND CIVIL L.R. 3-16 CERTIFICATION** |

**FED. R. CIV. P. 7.1 DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Lennar-BVHP, LLC states that:

1.    Lennar-BVHP, LLC's members are Lennar Southland I, Inc., LNR Western Properties, Inc., Mariposa Management Company, Inc., and Luster Ventures, LLC.

2.    Lennar Southland I, Inc. is wholly owned by Lennar Homes Holding, LLC, which is wholly owned by Lennar Corporation, a publicly-held corporation.

**CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Lennar-BVHP, LLC's members are Lennar Southland I, Inc., LNR Western Properties, Inc., Mariposa Management Company, Inc., and Luster Ventures, LLC.

2.    Lennar Southland I, Inc. is wholly owned by Lennar Homes Holding, LLC, which is wholly owned by Lennar Corporation, a publicly-held corporation.

Dated: June 24, 2008

Respectfully submitted,
O'MELVENY & MYERS LLP

By: _____
(Flora F. Vigo)

Attorneys for Lennar-BVHP, LLC

SF1:712644.1

- 1 -

FRCP 7.1 DISCLOSURE AND
CIVIL L.R. 3-16 CERTIFICATION