1  DEBRA S. BELAGA (S.B. #83237) — dbelaga@omm.com
   RANDALL W. EDWARDS (S.B. #179053) — redwards@omm.com
2  ROBIN M. WALL (S.B. #235690) — rwall@omm.com
   FLORA F. VIGO (S.B. #239643) — fvigo@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6
7  Attorneys for Plaintiff
   LENNAR-BVHP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LENNAR-BVHP, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CH2M HILL, INC., a Florida corporation, and CH2M HILL COMPANIES, LTD., an Oregon corporation,<br><br>    Defendants. | Case No.: 08-cv-3058 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  July 18, 2008                    O'MELVENY & MYERS LLP


By: /s/ Flora F. Vigo
        Flora F. Vigo

Attorneys for Plaintiff
LENNAR-BVHP, LLC

SF1:722444.1