DEBRA S. BELAGA (S.B. #83237) — dbelaga@omm.com
RANDALL W. EDWARDS (S.B. #179053) — redwards@omm.com
ROBIN M. WALL (S.B. #235690) — rwall@omm.com
FLORA F. VIGO (S.B. #239643) — fvigo@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
LENNAR-BVHP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LENNAR-BVHP, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>    v.<br><br>CH2M HILL, INC., a Florida corporation, and CH2M HILL COMPANIES, LTD., an Oregon corporation,<br><br>              Defendants. | Case No. CV-08-03058 SI<br><br>**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1    Plaintiff Lennar-BVHP, LLC ("Lennar-BVHP") requests that the Court continue
2 the Initial Case Management Conference currently scheduled for October 10, 2008 at 2:00
3 p.m. The current conference date conflicts with another federal trial being handled by
4 Lennar-BVHP's counsel, and a later date also would promote efficiency.

5    Randall Edwards is counsel for Lennar-BVHP in this action and would have
6 principal responsibility at the Initial Case Management Conference. Mr. Edwards also is
7 lead counsel in the matter of *Peoples v. County of Contra Costa*, Northern District Court
8 Case No. C-07-0051 MHP. The *Peoples* matter presently is scheduled to begin trial
9 before the Honorable Judge Marilyn H. Patel on October 7, 2008 -- three days before the
10 Initial Case Management Conference in this action. Trial in the *Peoples* matter is
11 expected to continue through much of October. Because of this scheduling conflict, Mr.
12 Edwards would be unable to attend the Initial Case Management Conference in this case if
13 it remained on its current date. Mr. Edwards's partner Debra Belaga likewise has a
14 conflict due to a long trial scheduled to begin in San Diego on October 16.

15    On September 24, 2008, Mr. Edwards spoke with Deborah Ballati, counsel for
16 CH2. Ms. Ballati indicated that CH2 believes the claims in this case are subject to
17 arbitration. Without prejudice to that position, CH2 did not indicate a specific objection
18 to Lennar-BVHP's desire to request a short continuance of the Initial Case Management
19 Conference presently scheduled for October 10.

20    In addition, a short continuance may promote efficiency. Lennar-BVHP has not
21 yet served Defendants CH2M Hill, Inc. and CH2M Hill, Ltd. ("CH2") with the Summons
22 and Complaint in this matter because the parties have been engaged in discussions
23 regarding a potential resolution. If these discussions are unsuccessful, Lennar will be able
24 to serve CH2 by at least October 21, 2008, which is 120 days after the Complaint was
25 filed in this case.

26    Accordingly, Lennar respectfully requests that the Court reschedule the Initial Case
27 Management Conference to November 14, 2008, or as soon thereafter as the Conference
28

- 2 -    Motion To Continue CMC and [Proposed]
Order CV-08-03058 SI

1 | may be held.[1]
2 |     This motion is made pursuant to Civil L.R. 6-1 and 6-3. Lennar-BVHP makes this
3 | request for good cause and not for the purpose of delay. The declaration of Randall
4 | Edwards accompanies this motion.

6 | Dated:     September 30, 2008      O'MELVENY & MYERS LLP

8 |               By:   /s/ Randall W. Edwards
9 |                         Randall W. Edwards
                     Attorneys for Plaintiff Lennar-BVHP

---

[1] Mr. Edwards has a separate conflict out of the state on November 7, 2008.

- 3 -     Motion To Continue CMC and [Proposed]
                                Order CV-08-03058 SI

1 **[PROPOSED] ORDER**

2 IT IS HEREBY ORDERED that the currently scheduled Case Management
3 Conference is continued to ___November 21, 2008 @ 2 p.m.___. The parties must file a joint
4 case management statement with the Court at least seven days in advance of the
5 conference.

6
7
8 Dated: _____, 2008       _____
                                    Honorable Susan Illston
9                                   United States District Judge
10
11 SF1:728821.1

- 4 -                          Motion To Continue CMC and [Proposed]
                               Order CV-08-03058 SI