DEBRA S. BELAGA (S.B. #83237) — dbelaga@omm.com
RANDALL W. EDWARDS (S.B. #179053) — redwards@omm.com
ROBIN M. WALL (S.B. #235690) — rwall@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
LENNAR-BVHP, LLC

DEBORAH S. BALLATI (S.B. # 067424) — dballati@fbm.com
SANDRA K. EDWARDS (S.B. # 154578) — sedwards@fbm.com
SONYA SANCHEZ (S.B. # 247541) — ssanchez@fbm.com
FARELLA, BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
CH2M HILL, INC. and CH2M HILL COMPANIES, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LENNAR-BVHP, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>CH2M HILL, INC., a Florida corporation, and CH2M HILL COMPANIES, LTD., an Oregon corporation,<br><br>        Defendants. | Case No. CV 08-3058 SI<br><br>**JOINT STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE** |

Plaintiff Lennar-BVHP, LLC, and defendants CH2M Hill, Inc., and CH2M Hill Companies, Ltd., through their respective counsel of record and subject to the approval of the Court, agree and stipulate to the following:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff withdraws and dismisses all of its claims pending in the above-captioned case with prejudice.

2. The parties shall bear their own attorneys' fees and costs.

Dated: March 3, 2009    O'MELVENY & MYERS

By: /s/ Randall W. Edwards
Randall W. Edwards

Attorneys for Plaintiff
LENNAR-BVHP, LLC

Dated: March 3, 2009    FARELLA BRAUN & MARTEL LLP

By: /s/ Deborah S. Ballati
Deborah S. Ballati

Attorneys for Defendants
CH2M HILL, INC. and
CH2M HILL COMPANIES, LTD.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Deborah S. Ballati.

Dated: March 3, 2009    O'MELVENY & MYERS

By: /s/ Randall W. Edwards
Randall W. Edwards

Attorneys for Plaintiff
LENNAR-BVHP, LLC



IT IS SO ORDERED
Judge Susan Illston

2

JOINT STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE CV 08-3058 SI